United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 3, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 05-50458

MARIA A. TORRES

Plaintiff - Appellant

VERSUS

CITY OF SAN ANTONIO

Defendant - Appellee

Appeals from the United States District Court
For the Western District of Texas, San Antonio
5:02-CV-1083

Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Circuit Loc. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.